EDWARD H. TITUS, Respondent, v. LOU C. WALLICK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

NEW YORK INDEMNITY COMPANY, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [144 Misc. 85.]

ANNE ERRETT, Respondent, v. NETTIE M. STALLMAYER and Another, Defendants, Impleaded with DOUGLAS T. MCPHAIL, Appellant.— Judgment affirmed, with costs as to the defendant Douglas T. McPhail. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of EDMOND WEIL, INC., to Confirm the Award Made in the Arbitration Proceedings, between EDMOND WEIL, INC., and ALFRED POPPER, under Agreements Dated November 14th, 1929, and February 11th, 1930. EDMOND WEIL, INC., Appellant; ALFRED POPPER, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. DOROTHY STONE and DOROTHY STONE, as Administratrix, etc., of WILLIAM STONE, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE MUTUAL BENEFIT LIFE INSURANCE COMPANY, Respondent, v. MAXWELL COHEN and Another, Respondents, and CORRINE OLIVETT CARTIER (Also Known as OLIVETT SCHOENFELD), Appellant.— Order and judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AMERICAN WOMAN'S REALTY CORPORATION, Appellant, v. THE NEW YORK EDISON COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy and Glennon, JJ.

RAFAEL CHAFFARDET, as Guardian ad Litem of GLADYS CHAFFARDET, an Infant, and Another, Respondents, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of HESSENBERG-ALLENTOWN COMMITTEE, Appellant, against HOWARD CONVERTERS, INC., Respondent, for an Order Requiring Said Respondent to Submit Certain Differences between the Parties to Arbitration.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Arbitration of and Concerning Certain Matters in Difference between HOWARD CONVERTERS, INC., Respondent, and CHARLES BERENBACH and Others, Acting as the HESSENBERG ALLENTOWN COMMITTEE, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

KAUFWEIN REALTY CO., INC., Appellant, v. BROADWAY-39TH STREET CORPORATION, Respondent, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.